| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:21-cv-00322-WO-JEP |
|---|---|
| Name of Plaintiff(s): Stephanie Bottom <br> VERSUS <br> Name of Defendant(s): City of Salisbury, et al | REPORT <br> OF <br> MEDIATOR <br> *(For Placement on the CM/ECF Docket)* |
| Mediator Name: Kenneth P. Carlson, Jr. <br> Telephone No: 336-721-6843 <br> E-Mail Address: kcarlson@constangy.com | ____ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |

RECEIVED In This Office NOV 14 2022 CLERK U.S. DISTRICT COURT GREENSBORO, N.C. 2:30 (WB

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   - ✓ was held on November 3, 2022
   - ___ was NOT held because _____

2. **Attendance**
   - ✓ No objection was made on the grounds that any required attendee was absent.
   - ___ Objection was made by _____

3. **Outcome**
   - ___ Complete settlement of the case
   - ___ Conditional settlement or other disposition
   - ✓* Partial settlement of the case * *See note below*
   - ___ Recess *(i.e., mediation to be resumed at a later date)*
   - ___ Impasse
   - ✓ Additional Information: * **Plaintiff reached a settlement only with Deputy Mark Benfield, Sheriff Kevin Auten in his official capacity and the Pennsylvania National Mutual Casualty Insurance Company; the mediation resulted in impasse between plaintiff and all other defendants.**

4. **Settlement Filings.**
   a) The document(s) to be filed to effect the settlement are: Stip. of Dismissal with Prejudice (or other such dismissal pursuant to Fed. R. Civ. P. 41) as to Deputy Mark Benfield, Sheriff Kevin Auten in his official capacity, and the Pennsylvania National Mutual Casualty Insurance Company
   
   b) The person responsible for filing the document(s) is: C. Scott Holmes, Esq., Plaintiff's Counsel
   
   c) The agreed deadline for filing the document(s) is: TBD

8694460v1

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

_____          _____11/10/22_____
Mediator Signature                                                     Date

8694460v1